UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY A. COOMBS,

        Plaintiff,

    v.

CAROLYN W. COLVIN,

        Defendant.

CASE NO. C16-5878 BAT

**MINUTE ORDER**

    The following minute order is made at the direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge. The Court entered an Order (Dkt. 22) Granting EAJA fees and costs in the amount of $8239.33. The Court hereby corrects the amount awarded to $8238.33. Clerk is directed to file an amended judgment with the corrected amount.

    DATED this 1st day of November, 2017.

                                    WILLIAM M. MCCOOL
                                    Clerk of Court

                                    /s/AGALELEI ELKINGTON
                                    Deputy Clerk

MINUTE ORDER - 1